COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Brad Michael Ryes v. Dianne Richard Ross

Appellate case number:     01-18-00693-CV

Trial court case number:   CI56457

Trial court:               County Court at Law No. 1 of Brazoria County

Appellee, Dianne Richard Ross, has filed a "Designation and Substitution of Lead Counsel and Motion to Withdraw," requesting that Stacey L. Severovich be allowed to withdraw as appellee's counsel and Bryson A. Matthews be substituted as appellee's counsel. The motion is **granted**. *See* TEX. R. APP. P. 6.1(b), 6.5(d).

The Clerk of this Court is directed to substitute Bryson A. Matthews as counsel for appellee and note Stacey L. Severovich's withdrawal as counsel for appellee on the docket of this Court.

It is so ORDERED.

Judge's signature:  ___/s/ Terry Jennings___
                    ☑ Acting individually    ☐ Acting for the Court

Date:  ___November 15, 2018_